Pearson, J.
 

 The case turned upon the location of the beginning corner of the grant to Taylor. The grant begins at a gnm on Roanoke river,
 
 half a mile below Quitsny :
 
 and the third call is for a sycamore on the bank of the river, thence-down the river to the beginning. It was proved, that-a black oak stump on the bank of the river was at a landing, and was the place called “ Quitsny.’’ The gum could not-be found.
 

 The defendant’s counsel requested the Court to instruct the jury, that “it was their duty to run a
 
 direct line,
 
 so as to strike the-bank of the river half a mile below the stump, and in' ¡that way ascertain tbe location of the gum, or beginning corner.”
 

 
 *355
 
 The Court refused so to charge, but instructed the jury, •“ that, as the last call of the Taylor grant was from the sycamore down the river to the first station, it was their duty to follow the margin of the river from the stump half a mile down the river, in order to ascertain where the beginning corner had stood.”
 

 In this there is error. When a point is described as being a given distance from a certain other point, a
 
 direct line
 
 is implied, unless there be something to rebut the implication. We are not able to perceive how the fact, that the stump, in this case, stood-on the river, and the gum also stood on the river, a half a mile below, has any tendency to show, that a direct-course is not to be adopted. If one is travel-ling by water, and asks the distance to a certain place, also on the water, we are apt to tell him, according to the course of the stream. If he is travelling by land, we are apt to tell him the distance according to the course of the roads. But Surveyors and Mathematicians speak of distances according to straight lines, and are always so to be understood, unless there is something to show to the contrary.
 

 His Honor was of opinion, that the last call, being from a sycamore on the river,
 
 down the river
 
 to the beginning, justified a departure from a direct line. That is true, in reference to the
 
 last
 
 or
 
 “
 
 closing line’’ of the grant; but it has no bearing on the line from the stump to the gum. This latter line constitutes no part of the boundary, but is merely given to fix the location of the beginning corner; so the closing line has nothing to do with it.
 

 Pfm Cüriasí. Judgment reversed.